**United States Court of Appeals**
**FOR THE EIGHTH CIRCUIT**

_____

No. 97-2082
_____

Sharon Renee Daugherty,    *
                          *
        Appellant,        *
                          * Appeal from the United States
   v.                  * District Court for the
                          * Eastern District of Missouri.
Associated Equipment Corporation,    *
                          * [UNPUBLISHED]
        Appellee.        *

_____

Submitted: August 6, 1997
Filed: August 12, 1997
_____

Before McMILLIAN, BEAM, and MORRIS SHEPPARD ARNOLD,
Circuit Judges.

_____

PER CURIAM.

Sharon Renee Daugherty appeals from the district court's[1] 28 U.S.C. § 1915(e)(2)(B) dismissal of her Title VII action. Having reviewed the record and Daugherty's brief, we conclude that the judgment of the district

_____

[1]The Honorable Charles A. Shaw, United States District Judge for the Eastern District of Missouri.

court was correct and that an extended discussion is not warranted.  Accordingly, we affirm.  <u>See</u> 8th Cir. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.